FILED

NOV 14 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  THOMAS M. O'CONNELL (NYSBN 1801950)
   Assistant United States Attorney
5
   150 Almaden Blvd., Suite 900
6  San Jose, California 95113
   Telephone: (408) 535-5053
7  FAX: (408) 535-5066
   Thomas.M.OConnell@usdoj.gov
8
   Attorneys for Plaintiff
9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                   SAN JOSE DIVISION

13
   UNITED STATES OF AMERICA,         )   No. CR11-0709-DLJ
14                                   )
         Plaintiff,                  )
15                                   )   STIPULATION AND [PROPOSED]
         v.                          )   ORDER EXCLUDING TIME
16                                   )
   JOSHUA MOORE AND                  )
17 CALA REMICK,                      )
                                     )   SAN JOSE VENUE
18       Defendants.                 )
                                     )
19 ─────────────────────────

20

21       On October 25, 2011, parties appeared before the court for the first Status Hearing in this

22 matter. At that time the court continued the case until November 15, 2011 so that the discovery

23 process could be commenced and counsel would have sufficient time to review the materials

24 and confer with their clients. However, the court will be unavailable, in trial, on November 15.

25 Moreover, discovery is still not complete and other non-severed co-defendants have yet to be

26 joined, inasmuch as they have been in the process being writted, with due diligence, from state

27 facilities and have yet to appear before the District Court. The parties therefore hereby stipulate

28 and agree to continue the matter until November 29, 2011, and to exclusions of time under the

STIPULATION AND [PROPOSED] ORDER
No. CR11-0709-DLJ                    1

Case5:11-cr-00709-DLJ   Document26   Filed11/14/11   Page2 of 2

1  Speedy Trial Act, and that said exclusions of time are appropriate based on the defendant's need
2  for effective preparation of counsel.

4  SO STIPULATED:               MELINDA HAAG
                                United States Attorney

6  DATED: November 14, 2011             /s/
                                THOMAS M. O'CONNELL
7                               Assistant United States Attorney

9  DATED: November 14, 2011             /s/
                                VICKI YOUNG
10                              Counsel for Remick

11 DATED: November 14, 2011             /s/
                                THOMAS FERRITO
12                              Counsel for Moore

14      Accordingly, for good cause shown, the Court HEREBY ORDERS that the matter is
15 continued until November 29, 2011. The Court further finds that based on the defendant's need
16 for effective preparation of counsel, the ends of justice served by granting the requested
17 continuance outweigh the interest of the public and the defendant in a speedy trial. The failure to
18 grant the requested continuance would deny defense counsel reasonable time necessary for
19 effective preparation, taking into account the exercise of due diligence, and would result in a
20 miscarriage of justice. The Court therefore concludes that this exclusion of time should be made
21 under 18 U.S.C. §§ 3161(h)(3)(A), (6) and (7)(B)(iv).

23 SO ORDERED.

25 DATED: **NOV 14, 2011**
                                D. LOWELL JENSEN
26                              United States District Judge