1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  THOMAS M. O'CONNELL (NYSBN 1501950)
   DANIEL R. KALEBA  (CABN 223789)
5  Assistant United States Attorney

6     150 Almaden Boulevard, Suite 900
      San Jose, CA 95113
7     Telephone: (408) 535-5061
      Fax:  (408) 535-5066
8     E-Mail:  daniel.kaleba@usdoj.gov

9  Attorneys for the United States of America

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                     SAN JOSE  DIVISION

13  UNITED STATES OF AMERICA,        )   No.   CR 11-00709 DLJ
                                     )
14        Plaintiff,                 )
                                     )   STIPULATION AND []
15        v.                         )   ORDER TO CONTINUE SENTENCING
                                     )   DATE
16  JOSHUA MOORE,                    )
                                     )
17        Defendant.                 )
                                     )
18                                   )

19       On April 19, 2012, the defendant entered guilty pleas in the above referenced matter.  The

20  Court set a sentencing date of August 13, 2012.  The parties request additional time to prepare for

21  sentencing to conduct the necessary investigation and to ensure the Probation Office and the

22  Court has information relevant to sentencing.

23  //

24  //

25  //

26  //

27  //

28  //

STIPULATION

1 | Accordingly, the parties jointly stipulate and request the sentencing date be continued to
2 | September 27, 2012.

5 | Dated: August 13, 2012                    Respectfully submitted,

6 |                                            MELINDA HAAG
                                               United States Attorney

8 |                                                  /s/
                                               DANIEL R. KALEBA
9 |                                            Assistant United States Attorney

11 | Dated: August 13, 2012                         /s/
12 |                                            THOMAS J. FERRITO
                                               Attorney for Joshua Moore

16 | Based on the above, and for good cause shown,

17 | IT IS HEREBY ORDERED:

18 | That the August 13, 2012 sentencing of the defendant is hereby continued to September
19 | 27, 2012.

21 | Dated:   Ì EBCGEFG                        _____
22 |                                            HON. D. LOWELL JENSEN
                                               United States District Judge

STIPULATION                                2