1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  THOMAS M. O'CONNELL (NYSBN 1501950)
   DANIEL R. KALEBA  (CABN 223789)
5  Assistant United States Attorney

6     150 Almaden Boulevard, Suite 900
      San Jose, CA 95113
7     Telephone: (408) 535-5061
      Fax:  (408) 535-5066
8     E-Mail:  daniel.kaleba@usdoj.gov

9  Attorneys for the United States of America

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                            SAN JOSE  DIVISION

13 UNITED STATES OF AMERICA,        )   Nos.   CR 11-00709 DLJ
                                    )
14       Plaintiff,                 )
                                    )   STIPULATION AND []
15       v.                         )   ORDER TO CONTINUE SENTENCING
                                    )   DATE
16 JOSHUA MOORE,                    )
                                    )
17       Defendant.                 )
   _____  )
18

19     Defendant Joshua Moore is set to be sentenced on September 27, 2012.  The government

20 noticed Mr. Moore as a witness in the matter *United States v. Zenaida Perales*, whose trial was

21 scheduled to start on Monday, September 24, 2012 but was recently continued.  Mr. Moore's role

22 in the trial may impact the sentencing recommendation of the government.

23 //
24 //
25 //
26 //
27 //
28 //

Consequently, the parties jointly request that the sentencing date of September 27, 2012 be continued to October 25, 2012, to ensure the Court has information relevant to sentencing.

Dated: September 21, 2012          Respectfully submitted,

MELINDA HAAG
United States Attorney

         /s/
DANIEL R. KALEBA
Assistant United States Attorney

Dated: September 21, 2012          /s/
THOMAS J. FERRITO
Attorney for Joshua Moore

Based on the above, and for good cause shown,

IT IS HEREBY ORDERED:

That the September 27, 2012 sentencing of the defendant is hereby continued to October 25, 2012.

Dated: JE&iacute; &#x26F;G

HON. D. LOWELL JENSEN
United States District Judge