| 1 | DAVID L. ANDERSON (CABN 149604) |
| | United States Attorney |
| 2 | |
| 3 | HALLIE HOFFMAN (CABN 210020) |
| | Chief, Criminal Division |
| 4 | MARISSA HARRIS (DCBN 997421) |
| | Assistant United States Attorney |
| 5 | |
| 6 | 150 Almaden Boulevard, Suite 900 |
| | San Jose, California 95113 |
| 7 | Telephone: (408) 535-5061 |
| | FAX: (408) 535-5066 |
| 8 | marissa.harris@usdoj.gov |
| 9 | Attorneys for United States of America |

APPROVED
Judge Edward J. Davila
6/14/2019

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR-11-00709 EJD |
|---|---|
| Plaintiff, | ) JOINT STIPULATION AND MOTION TO |
| | ) DISMISS CHARGES THREE AND FOUR OF THE |
| v. | ) AMENDED FORM 12 PETITION |
| JOSHUA MOORE, | ) |
| Defendant. | ) |

On March 18, 2019, the defendant, Joshua Moore, admitted Charges One and Two of the Form 12 Petition filed in this matter on November 2, 2018. The Form 12 Petition was subsequently amended on April 2, 2019 to add Charges Three and Four, alleging that Moore failed to participate in substance abuse treatment, continued to test positive for methamphetamine use, and failed to remain at a residential treatment facility as instructed by his probation officer. On June 3, 2019, Moore's supervision was revoked and he was sentenced by the Honorable Edward Davila to serve seven months in BOP custody for his admitted violations in Charges One and Two, with no supervision to follow. Charges Three and Four were not resolved at that hearing.

The parties and Moore's supervising U.S. Probation Officer, Janie Zhuang, have met and conferred about the best course of action regarding the two remaining charges. The parties hereby

stipulate, and the government moves, to dismiss Charges Three and Four of the April 2, 2019 Amended Petition in the interests of justice.

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

Date: June 11, 2019

_____/s/_____
MARISSA HARRIS
Assistant United States Attorney

Date: June 11, 2019

_____/s/_____
THOMAS J. FERRITO
Attorney for Joshua Moore

STIPULATION AND MOTION TO DISMISS
CR-11-00709 EJD                     2